IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ROBERT & RITA CHLEBEK          )
                                      )
CITIMORTGAGE, INC.,       Creditor,   )
                                      )
    vs.                               ) CASE NO. 05B04679
                                      ) JUDGE SUSAN PIERSON SONDERBY
ROBERT & RITA CHLEBEK,    Debtor,     )
                                      )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes CitiMortgage, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 2006 contractual payment and all those thereafter.

2. The Following is an itemization of the amounts due on the loan as of November 17, 2006:

A. Monthly payments   7/06 – 11/06 = 5 @ $1,398.97   = $6,994.85
B. Uncollected late charges                          =   $858.25
C. Bankruptcy fees                                   = $2,000.00
   (3 motions to modify and instant response)
D. Inspections                                       =   $330.13
E. NSF Fee                                           =    $70.00
F. BK Cost                                           =   $450.00
Unapplied funds                                      =  ($742.68)
Total                                                =$10,703.23

Respectfully Submitted,
CitiMortgage, Inc.

/s/Dana N. O'Brien
Dana N. O'Brien/ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088