```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 04679
   ROBERT CHLEBEK
   RITA CHLEBEK                               CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-6534     SSN XXX-XX-9278

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/11/2005 and was confirmed 05/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG        .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE    8753.23            .00        8753.23
MAZDA AMERICAN CREDIT      SECURED              .00            .00            .00
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED           .00            .00
AMERITECH CONSUMER BANKR   UNSECURED       NOT FILED           .00            .00
APRIA HEALTHCARE INC       UNSECURED       NOT FILED           .00            .00
AT&T CINGULAR WIRELESS     UNSECURED         675.25            .00         219.58
CAPITAL ONE BANK           UNSECURED        1316.06            .00         427.95
NCM TRUST                  UNSECURED        2537.64            .00         825.19
MCSI                       UNSECURED        1250.00            .00         406.48
CCA                        UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION ASSOC    UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED        1764.69            .00         573.84
ROUNDUP FUNDING LLC        UNSECURED         728.61            .00         236.92
HARRIS & HARRIS            UNSECURED       NOT FILED           .00            .00
FIRST MIDWEST BANK         UNSECURED       NOT FILED           .00            .00
ILLINOIS COLLECTION SERV   UNSECURED       NOT FILED           .00            .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED           .00            .00
MUSICLAND                  UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED        3321.95            .00        1080.23
PALOS COMMUNITY HOSPITAL   UNSECURED       NOT FILED           .00            .00
PROVIDIAN                  UNSECURED       NOT FILED           .00            .00
VILLAGE OF MIDLOTHIAN      UNSECURED       NOT FILED           .00            .00
RUSH PRESBYTERIAN ST LUK   UNSECURED       NOT FILED           .00            .00
SOUTH SUBURBAN HOSPITAL    UNSECURED       NOT FILED           .00            .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED           .00            .00
ST JAMES HOSPITAL PROFES   UNSECURED       NOT FILED           .00            .00
ST JOSEPHS HOSPITAL        UNSECURED       NOT FILED           .00            .00
TCI                        UNSECURED       NOT FILED           .00            .00
VAN RU CREDIT CORPORATIO   UNSECURED       NOT FILED           .00            .00
JAMES T GATELY             UNSECURED        3732.00            .00        1213.57

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 04679 ROBERT CHLEBEK & RITA CHLEBEK
```

```
MATTHEW F ZUBEK            DEBTOR ATTY     1,400.00                    1,400.00
TOM VAUGHN                 TRUSTEE                                       761.51
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  15,898.50

PRIORITY                                                  .00
SECURED                                              8,753.23
UNSECURED                                            4,983.76
ADMINISTRATIVE                                       1,400.00
TRUSTEE COMPENSATION                                   761.51
DEBTOR REFUND                                             .00
                         ---------------       ---------------
TOTALS                   15,898.50                  15,898.50
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 05/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```